UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAA FIRST FEDERAL CREDIT UNION,

    Plaintiff,

v.          Case No. 11-11616

KENNETH C. MOORE,

    Defendant,

v.

FEDERAL AVIATION ADMINISTRATION,

    Garnishee.
                                             /

**ORDER SETTING RESPONSE DEADLINE**

The court held a scheduling conference in the above-captioned matter on May 4, 2011. During the conference, the attorneys for Plaintiff and Garnishee advised the court that it may be possible to reach a resolution of this matter without a decision from the court on Plaintiff's pending motion to compel.[1] Therefore, the court will set an extended briefing schedule for the motion, with the proviso that the attorneys will attempt to reach an amicable resolution before Garnishee files a response. Accordingly,

IT IS ORDERED that Garnishee is DIRECTED to file a response no later than **June 1, 2011,** if no resolution to the matter is reached before that date.

---

[1] Counsel for Plaintiff and Garnishee stated that they do not believe Defendant is a necessary party to this garnishment action, and Defendant was not present for or represented at the conference.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: May 6, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 6, 2011, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-11616.FAAFIRST.OrderSetDeadline.jmp.wpd